

**FILED**

JUL - 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7            SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,      )   Criminal Case No. O8CR2193-DMS
                                    )

9               Plaintiff,     )   I N F O R M A T I O N
                                    )

10       v.                       )   Title 21, U.S.C., Secs. 952 and
                                    )   960 - Importation of marijuana;

11   IRMA AISPURO (1),           )   Title 18, U.S.C., Sec. 2 - Aiding
   JENNIFER VASQUEZ (2),       )   and Abetting (Felony)

12                                    )
             Defendants.    )

13 _____ )

14      The United States Attorney charges:

15      On or about June 1, 2008, within the Southern District of

16 California, defendants IRMA AISPURO and JENNIFER VASQUEZ, did

17 knowingly and intentionally import approximately 18.32 kilograms

18 (40.30 pounds) of marijuana, Schedule I Controlled Substance, into the

19 United States from a place outside thereof; in violation of Title 21,

20 United States Code, Sections 952, 960 and Title 18, United States

21 Code, Section 2.

22      DATED: July 1, 2008.

23                               KAREN P. HEWITT
                              United States Attorney

24

25

26                               JAMES P. MELENDRES
                              Assistant U.S. Attorney

27

28 JPME:rp:Imperial
    7/1/08