KAREN P. HEWITT
United States Attorney
DOMINIC E. KARDUM
Assistant U.S. Attorney
California State Bar No. 229420
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
Email: dominic.kardum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,    )  | Criminal Case No.   08-CR-2193-DMS |
|---|---|
| Plaintiff,    )  | |
| )  | NOTICE OF APPEARANCE |
| v.    )  | |
| IRMA AISPURO (1),    )  JENNIFER VASQUEZ (2)    )  | |
| Defendant.    )  | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

      I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

      The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

      1.    None..

//

//

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    1.    None.

    Please feel free to call me if you have any questions about this notice.

    DATED: July 30, 2008.

                          KAREN P. HEWITT
                          United States Attorney

                          <u>s/Dominic E. Kardum</u>
                          DOMINIC E. KARDUM
                          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IRMA AISPURO (1),<br>JENNIFER VASQUEZ (2)<br><br>　　　　　　Defendant. | Criminal Case No.   08-CR-2193-DMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. William R. Burgener, Attorney for Irma Aispuro (1)
   Law Offices of William R. Burgener
   1775 Hancock Street, Suite #285
   San Diego, CA 92110-2931
   william_burgener@yahoo.com

2. Kristin Joseph Kraus, Attorney for Jennifer Vasquez (2)
   Federal Defenders of San Diego
   225 Broadway, Suite 900
   San Diego, CA 92101-5008
   Kris_Kraus@fd.org

　　I declare under penalty of perjury that the foregoing is true and correct.

　　EXECUTED on July 30, 2008.

　　　　　　　　　　　　　　　　　　　　　　s/Dominic E. Kardum
　　　　　　　　　　　　　　　　　　　　　　DOMINIC E. KARDUM
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney