# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
*Irma Aispuro (1)* )
)
)
)

CASE NUMBER _08CR2193-AMS_

ABSTRACT OF ORDER

Booking No. _06387298_

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of_____ 8/21/08 _____

the Court entered the following order:

____✓____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____✓____ Defendant sentenced to TIME SERVED, supervised release for_ 2 _years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

UNITED STATES MAGISTRATE JUDGE

OR

Received _____          W. SAMUEL HAMRICK, JR.   Clerk
                    DUSM                                   by
                                                              _J. Klosterman_
                                                                   Deputy Clerk

Crim-9    (Rev 6-95)                                           ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**